# Request for Someone Else's Immigration Records

Step 5 of 5 - Review and Sign

1 2 3 4 5

## Subject Information

### Information About the Subject of Record

Edit

| | |
|---|---|
| Full Legal Name | **Etoria, Orville Isaac** |
| Full Name at Time of Entry Into the United States | **Etoria, Orville Isaac** |
| Other Names Used in the Past | |
| Country of Birth | **JAMAICA** |
| Date of Birth | **4/21/1963** |
| Alien Registration Number | [redacted] |
| Previous Application, Petition, or Request Receipt Number | |

### Subject of Record Contact Information

Edit

| | |
|---|---|
| Address | [redacted] |
| Home Phone | |
| Mobile Phone | |
| Email Address | **orvilleetoria@gmail.com** |

### Other Information About the Subject of Record

Edit

| | |
|---|---|
| Father's Name | **Etoria, Isaac** |
| Mother's Name | **Etoria, Dolores** |
| Family Members | |

## Request Details

### Documents Requested

EXHIBIT A

Edit

Requested File Type | Other: Entire contents of A-File

## Immigration Proceedings

Edit

Immigration Court Proceedings | No

## Uploaded Documents

Edit

Documents

- G28.pdf
- 3rd party release.pdf

# Requester Information

## Contact Information

Edit

| | |
|---|---|
| Full Legal Name | **Unger, Mia** |
| Address | **The Legal Aid Society<br>111 Livingston Street, 11th Fl<br>Brooklyn, NY 11201** |
| Home Phone | |
| Mobile Phone | **+1 (646) 988-3358** |
| Email Address | **munger@legal-aid.org** |

# Requester's Statement and Signature

## Consent to pay fees and release documents

A "*" indicates a required field.

By my signature, I consent to pay all costs incurred for search, duplication, and review of documents up to $25.

☑ I have read and agree to the above statement. *

By entering your name, you are providing your electronic signature.

**Type in your name to sign** * Mia Unger

**Date** * 11/11/2025