SecureRelease™ Portal

Agency/Component — Contact Information — **Request Details** — Additional Information — Fees — Request Expedited Processing

The description of the records you are requesting is important. The scope of your request can impact how quickly an agency can respond to your request. Your description should be as clear and specific as possible and must give agency personnel enough detail so that they are able to reasonably determine exactly which records are being requested and where to locate them.
Also, please provide the details of any related requests you've submitted, including the request ID or description.

Request Type (required)

FOIA Request

**FOIA:** For records created or maintained by the agency and/or under agency control, except for those records (or portions of those records) that are protected from disclosure by any of nine exemptions or three exclusions. (More about FOIA)
**Privacy Act:** For records where you are the subject of the record or an appropriate designee. This only applies where the subject person for the record is a U.S. citizens or alien lawfully admitted for permanent residence.

**Note:** There is no statutory requirement for the agency to create records that are submitted incorrectly.

Request Description (required)

A brief and clear description of the information you'd like to receive. Please be as specific as possible.

All ENFORCE Alien Removal Module entries related to Orville Isaac Etoria [redacted] from August 1, 2021 through October 1, 2025

Additional Information

EXHIBIT B

To assist in processing your request in a more timely manner, kindly provide additional details or clarifications that may help focus the search efforts.

Request Designation *

3rd Party (I am requesting records about another person)

Alien Number

[redacted]

Maximum length is 255.

Date of Birth

04/21/1963

Please use the date picker to select a date.

SEVIS Number

Maximum length is 100.

Parents Names

Dolores Etoria

Maximum length is 255.

Country of Birth

Jamaica

Maximum length is 100.

Alias (All Known)

Maximum length is 255.

Miscellaneous Id Numbers

Maximum length is 100.

Subject of Record-Last Name

Etoria

Maximum length is 155.

Subject of Record-First Name

Subject of Record-First Name

Orville

Maximum length is 155.

Subject of Record-Middle Name

Isaac

Maximum length is 155.

Fingerprint Identification Number

Maximum length is 100.

BACK NEXT CANCEL

SUPPORT LICENSES PRIVACY NOTICE COOKIE NOTICE COOKIE SETTINGS G